■ JEFFREY HOPKINS, Respondent, v SANFORD A. RATZAN, Appellant. — In a medical malpractice action, defendant appeals from an order of the Supreme Court, Suffolk County (Murphy, J.), dated October 28, 1980, which, *inter alia,* denied his motion to dismiss the complaint based on the plaintiff's failure to comply with a conditional order of preclusion directing the service of a bill of particulars. Order affirmed, with $50 costs and disbursements. No opinion. Cohalan, Margett and O'Connor, JJ., concur.

Mangano, J.P., and Bracken, J., dissent and vote to reverse the order and grant the defendant's motion, with the following memorandum: In the absence of a showing of merit and a reasonable excuse for the delay, it was error for Special Term to deny the defendant's motion (see *Barasch v Micucci,* 49 NY2d 594).

■ JANE KEELY, Respondent, v DANIEL KEELY, JR., Appellant. — In a matrimonial action in which the defendant husband had been granted a judgment of divorce, defendant appeals from stated portions of an order of the Supreme Court, Kings County (Duberstein, J.), dated June 3, 1980, which, *inter alia,* granted plaintiff's motion for a money judgment for arrears and denied portions of his cross motion. Order reversed insofar as appealed from, without costs or disbursements, and case remitted to Special Term for the holding of an evidentiary hearing and the making of a new determination based on the court's findings after such hearing. The issues raised should not have been determined without a hearing. Damiani, J.P., Titone, Mangano and Gibbons, JJ., concur.